**2011–0438.  Schwering v. TRW Vehicle Safety Sys., Inc.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, Case No. 1:10–CV–679. This cause is pending before the court on the certification of a state law question from the United States Southern District of Ohio, Western Division.

Upon review of Kevin C. Schieferl's motion for admission pro hac vice, the motion was untimely. Pursuant to S.Ct.Prac.R. 1.2, the motion for admission pro hac vice shall be filed with the first document the attorney files. The requirement is waived in this instance, and it is ordered by the court that the motion is granted.

**2011–0514.  Kerger v. Dentsply Internatl., Inc.**
Cuyahoga App. No. 94430, 2011-Ohio-84. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon review of Jack Bierig's motion for admission pro hac vice, the motion was untimely. Pursuant to S.Ct.Prac.R. 1.2, the motion for admission pro hac vice shall be filed with the first document the attorney files. The requirement is waived in this instance, and it is ordered by the court that the motion is granted.

**2011–0538.  State v. Davis.**
Butler App. No. CA2009–10–263, 2011-Ohio-787. This cause is pending as a death-penalty appeal from the Court of Appeals for Butler County.

Upon consideration of the motion for admission pro hac vice of Alan M. Freedman, it is ordered by the court that the motion is granted.

**2011–0595.  State v. Little.**
Lorain App. No. 10CA009758, 2011-Ohio-768. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon consideration of appellant's motion to hold in abeyance, it is ordered by the court that the motion is denied. Appellant shall file the memorandum in support of jurisdiction no later than June 24, 2011.

**2011–0715.  Davis v. Marcotte.**
Franklin App. No. 10AP–361, 2011-Ohio-1189. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon review of the notice of appeal and memorandum in support of jurisdiction, it is evident that Douglas J. Raymond has not filed a timely motion for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that Douglas J. Raymond is stricken from the notice of appeal and memorandum in support of jurisdiction for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)–(e).

**2011–0842.  Arndt v. P & M Ltd.**
Portage App. No. 2009–P–0088, 2011-Ohio-649. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon review of the memorandum in support of jurisdiction, it is evident that Edward W. Smith has not filed a timely motion for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that Edward W. Smith is stricken from the memorandum in support of jurisdiction for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)–(e).

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0904.  State ex rel. Cincinnati Enquirer v. Dinkelacker.**
In Mandamus and Prohibition.

**2011–0906.  IB Property Holdings, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–A–137.